# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HUNTER, derivatively on behalf of SONDER HOLDINGS INC., <br><br> Plaintiff, <br><br> v. <br><br> SEAN AGGARWAL, SANJAY BANKER, CHRIS BERRY, DOMINIQUE BOURGAULT, FRANCIS DAVIDSON, MICHELLE FRYMIRE, NABEEL HYATT, FRITS DIRK VAN PAASSCHEN, GILDA PEREZ-ALVARADO, and JANICE SEARS, <br><br> Defendants, <br><br> and <br><br> SONDER HOLDINGS INC., <br><br> Nominal Defendant. | Case No. 2:25-cv-02352-SB-JC <br><br> **ORDER OF DISMISSAL** |

|     |     |
| --- | --- |
| 1   | Based on the parties' stipulation, IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), that: |
| 3   | 1. This action is dismissed in its entirety without prejudice. |
| 4   | 2. All parties have complied with their obligations under Rule 11 of the Federal Rules of Civil Procedure. |
| 6   | 3. All parties to this action shall bear their own fees and costs incurred herein. |
| 8   | 4. Nominal Defendant Sonder Holdings Inc. shall provide notice of this voluntary dismissal in its next periodic filing (i.e., on Form 10-Q or Form 10-K) with the Securities and Exchange Commission following the entry of this Order of Dismissal. |

Dated: September 17, 2025



Stanley Blumenfeld, Jr.
United States District Judge